B1 (Official Form 1)(04/13)

# United States Bankruptcy Court
## Northern District of Georgia

**Voluntary Petition**

| Name of Debtor (if individual, enter Last, First, Middle): **Southlake Ambulatory Surgery Center, LLLP** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years (include married, maiden, and trade names): **DBA Mount Zion Surgery Center; DBA Spivey Station Surgery Center** | All Other Names used by the Joint Debtor in the last 8 years (include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN (if more than one, state all) **58-2272588** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State): **11 Upper Riverdale Road, SW Riverdale, GA** ZIP Code **30274** | Street Address of Joint Debtor (No. and Street, City, and State): ZIP Code |
| County of Residence or of the Principal Place of Business: **Clayton** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address): ZIP Code | Mailing Address of Joint Debtor (if different from street address): ZIP Code |
| Location of Principal Assets of Business Debtor (if different from street address above): | |

**Type of Debtor** (Form of Organization) (Check one box)
- ☐ Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.*
- ■ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Chapter 15 Debtors**
Country of debtor's center of main interests:
Each country in which a foreign proceeding by, regarding, or against debtor is pending:

**Nature of Business** (Check one box)
- ■ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ☐ Other

**Tax-Exempt Entity** (Check box, if applicable)
- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)
- ☐ Chapter 7
- ☐ Chapter 9
- ■ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts** (Check one box)
- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ■ Debts are primarily business debts.

**Filing Fee** (Check one box)
- ■ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ■ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 (amount subject to adjustment on 4/01/16 and every three years thereafter).

Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**
- ■ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

**Estimated Number of Creditors**

| ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |

**Estimated Assets**

| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

**Estimated Liabilities**

| ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Southlake Ambulatory Surgery Center, LLLP** |

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) |||
|---|---|---|
| Location Where Filed:  **- None -** | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) |||
|---|---|---|
| Name of Debtor:  **See Attachment** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | (To be completed if debtor is an individual whose debts are primarily consumer debts.) I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b). |
| ☐ Exhibit A is attached and made a part of this petition. | X_____<br>Signature of Attorney for Debtor(s)          (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.
☒ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

☒ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1)(04/13) Page 3

| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Southlake Ambulatory Surgery Center, LLLP** |

**Signatures**

| **Signature(s) of Debtor(s) (Individual/Joint)** | **Signature of a Foreign Representative** |
|---|---|

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

**Signature of Attorney***

X **/s/ J. Robert Williamson**
Signature of Attorney for Debtor(s)

**J. Robert Williamson 765214**
Printed Name of Attorney for Debtor(s)

**Scroggins & Williamson, P.C.**
Firm Name

**127 Peachtree St. NE**
**1500 Candler Bldg.**
**Atlanta, GA 30303**
Address

Email: centralstation@swlawfirm.com
**404-893-3880  Fax: 404-893-3886**
Telephone Number

**July 30, 2015**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

**Signature of Non-Attorney Bankruptcy Petition Preparer**

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

**Signature of Debtor (Corporation/Partnership)**

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **/s/ Kimberly J. Ryan**
Signature of Authorized Individual

**Kimberly J. Ryan**
Printed Name of Authorized Individual

**CEO**
Title of Authorized Individual

**July 30, 2015**
Date

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. §110; 18 U.S.C. §156.*

ATTACHMENT TO VOLUNTARY PETITION

| Voluntary Petition<br>*(This page must be completed and filed in every case.)* | | Name of Debtor(s):<br>Southlake Ambulatory Surgery Center, L.L.L.P. |
|---|---|---|
| **Name of Debtor:**<br>Southern Regional Health System, Inc. | **Case Number:** | **Date Filed:**<br>July 30, 2015 |
| **District:**<br>Northern District of Georgia, Atlanta Division | **Relationship:**<br>Affiliate | **Judge:** |
| **Name of Debtor:**<br>Southern Crescent Physicians' Group, Inc. | **Case Number:** | **Date Filed:**<br>July 30, 2015 |
| **District:**<br>Northern District of Georgia, Atlanta Division | **Relationship:**<br>Affiliate | **Judge:** |
| **Name of Debtor:**<br>Southern Crescent Real Estate, Inc. | **Case Number:** | **Date Filed:**<br>July 30, 2015 |
| **District:**<br>Northern District of Georgia, Atlanta Division | **Relationship:**<br>Affiliate | **Judge:** |
| **Name of Debtor:**<br>Southern Regional Ambulatory Surgery, Inc. | **Case Number:** | **Date Filed:**<br>July 30, 2015 |
| **District:**<br>Northern District of Georgia, Atlanta Division | **Relationship:**<br>Affiliate | **Judge:** |
| **Name of Debtor:**<br>Southern Regional Medical Services, Inc. | **Case Number:** | **Date Filed:**<br>July 30, 2015 |
| **District:**<br>Northern District of Georgia, Atlanta Division | **Relationship:**<br>Affiliate | **Judge:** |

### ACTION OF GENERAL PARTNER OF SOUTHLAKE
### AMBULATORY SURGERY CENTER, L.L.L.P. BY
### CONSENT IN LIEU OF MEETING

### JULY 30, 2015

The undersigned, Southern Regional Ambulatory Surgery, Inc. (the "General Partner"), being the General Partner of Southlake Ambulatory Surgery Center, L.L.L.P, d/b/a Spivey Station Surgery Center (the "Company"), a Section 501(c)(3) Georgia Not For Profit Limited Liability Limited Partnership organized under Georgia Limited Liability Limited Partnership Code, does hereby consent to and adopt the following resolutions, and directs that this written consent be filed with the minutes of the proceedings of the Company:

**RESOLVED**, that, based on the present circumstances facing the Company, in the judgment of the General Partner, it is desirable and in the best interests of the Company, its creditors, employees, the residents of Clayton County, Georgia, and other interested parties, and supportive of the Company's mission to serve the health care needs and interests of the general public, that a petition be filed by the Company seeking relief under the provisions of Chapter 11 of title 11, United States Code (the "Bankruptcy Code");

**RESOLVED**, that Kimberly J. Ryan and G.E. (Jay) Hoffman, Jr. (each, together with any other person so designated by the General Partner, an "Authorized Officer" and together, the "Authorized Officers") are, and each of them is, hereby authorized and empowered on behalf of, and in the name of, the Company to execute and verify or certify a petition under Chapter 11 of the Bankruptcy Code and to cause the same to be filed in the United States Bankruptcy Court for the Northern District of Georgia (the "Bankruptcy Court"), at such time as said officer executing the same shall determine and in such form as such Authorized Officer may approve (such approval to be conclusively evidenced by the execution of the petition);

**RESOLVED,** that the Chairman of the Board (the "Chairman") of the General Partner is hereby authorized to designate one or more additional persons to serve as an officer of the Company, and to designate a replacement for any of the foregoing specified Authorized Officers in the event they should resign or cease to serve as an officer of the Company for any reason, and any such person so designated by the Chairman shall be deemed to be an "Authorized Officer" within the meaning of these Resolutions for all purposes;

**RESOLVED**, that the firm of Scroggins & Williamson, P.C., with an office currently located in Atlanta, Georgia, be, and it hereby is, employed as general bankruptcy counsel for the Company under a general retainer in connection with the prosecution of the Company's case under Chapter 11 of the Bankruptcy Code, and to pay to Scroggins & Williamson, P.C. reasonable compensation for services rendered in connection with such engagement;

**RESOLVED**, that the Authorized Officers are further authorized to retain as special counsel for the Company in said case the law firm of Nelson Mullins Riley & Scarborough LLP, which has acted as the Company's outside general counsel, and in that capacity has provided legal advice and representation to the Company in a number areas, including, without limitation, healthcare, governmental compliance, finance, labor and employment, corporate, and tax law, with the scope of Nelson Mullins Riley & Scarborough LLP's retention being limited to the foregoing matters and any other matters deemed necessary by the Authorized Officers of the Company, and the Authorized Officers are authorized to provide Nelson Mullins Riley & Scarborough LLP with a retainer in such amount as deemed appropriate by the Authorized Officers, in connection therewith, and to pay to Nelson Mullins Riley & Scarborough LLP reasonable compensation for services rendered in connection with such engagement;

**RESOLVED**, that each of the Authorized Officers be, and each of them hereby is, authorized to employ and retain on behalf of the Company other attorneys, consultants, investment bankers, accountants and other professionals to assist in the Company's Chapter 11 case on such terms as said officers deem necessary or proper, and to pay to such professionals reasonable compensation for such services;

**RESOLVED**, that each of the Authorized Officers, or their designate, be, and each of them hereby is, authorized to execute and file any and all petitions, schedules, motions, lists, applications, pleadings, and other papers, and to take any and all such other and further actions which the Authorized Officers or the Company's legal counsel may deem necessary or appropriate in connection with the Chapter 11 case, including, but not limited to, motions to obtain authority to use cash collateral and/or to incur debtor in possession financing; the assumption or rejection of executory contracts and unexpired leases; proposing one or more chapter 11 plans; the sale or other disposition of all or a portion of the Company's assets; entering into new contracts, leases or other agreements; the prosecution of claims held by the Company and the defense of claims asserted against the Company, including the continuation of any litigation pending at the time of the Chapter 11 filing, and related appeals; the negotiation and consummation of settlements and compromises; and the performance of any and all further acts and deeds which the Authorized Officers, or their designate, deem necessary, proper and desirable in connection with the Chapter 11 case, with a view to the successful prosecution of such case;

**RESOLVED**, that each of the Authorized Officers, or their designate, be, and each of them hereby is, authorized to cause the Company, and the Company is hereby authorized, to incur post-petition secured and super-priority indebtedness in an amount determined to be necessary or advisable by either such Authorized Officers, and each such Authorized Officer or designate is hereby authorized to negotiate, execute and deliver definitive loan documentation evidencing such indebtedness (the "Post-Petition Credit Agreement"), and the Company is authorized to perform all of the obligations and agreements of the "Borrower" thereunder (including the repayment of any amount owing thereunder) and to consummate the transactions contemplated thereby, and each such Authorized Officer or designate is hereby authorized to negotiate, make, sign, execute, acknowledge, deliver and perform any and all such other instruments and agreements which they deem necessary, proper and desirable in

connection therewith, including (without limitation) a security agreement and pledge agreement, pursuant to which all of the assets of the Company will be pledged to the lenders as collateral under the Post-Petition Credit Agreement, in each case, in such forms and with such changes, modifications or additions thereto as the executing Authorized Officer or designate shall approve in his or her sole discretion (such approval to be conclusively evidenced by the execution of the Post-Petition Credit Agreement and such other instruments and agreements);

**RESOLVED**, that the Authorized Officers of the Company be, and each of them hereby is, authorized and directed on behalf of the Company to take such actions and to make, sign, execute, acknowledge, deliver and perform (and record in a relevant office of the county clerk, if necessary) any and all such agreements listed above (including exhibits thereto), including any and all affidavits, orders, directions, certificates, requests, receipts, financing statements or other instruments as may reasonably be required to give effect to the foregoing Resolutions, and to execute and deliver such agreements (including exhibits thereto) and related documents, and to perform fully the terms and provisions thereof;

**RESOLVED**, that the Company be, and hereby is, authorized to pay all fees and expenses incurred by it or for its account in connection with the transactions approved in any or all of the foregoing Resolutions, and all transactions related thereto, and each Authorized Officer, or their designate, be, and each of them hereby is, authorized, empowered and directed to make said payments as such Authorized Officer or designate may deem necessary, appropriate, advisable or desirable, such payment by any such officer to constitute conclusive evidence of such officer's determination and approval of the necessity, appropriateness, advisability or desirability thereof;

**RESOLVED**, that to the extent that any of the actions authorized by any of the foregoing Resolutions have been taken by the Authorized Officers of the Company on its behalf, such actions are hereby ratified and confirmed in their entirety.

**IN WITNESS WHEREOF**, the undersigned has executed this consent, effective as of July 30, 2015.

SOUTHERN REGIONAL AMBULATORY SURGERY, INC.

By: _____
Name: James G. Adams
Title: Chairman Board of Directors
Dated: July 30, 2015

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Northern District of Georgia

In re: Southlake Ambulatory Surgery Center, LLLP

Debtor(s)

Case No. _____
Chapter  11

## CONSOLIDATED LIST OF CREDITORS HOLDING 30 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| SOUND PHYSICIANS<br>760 BEECHNUT DRIVE<br>PITTSBURGH, PA 15205 | SOUND PHYSICIANS<br>760 BEECHNUT DRIVE<br>PITTSBURGH, PA 15205 | | | 2,850,251.39 |
| COMPLETE RX<br>245 E LAKE DR SE<br>ATLANTA, GA 30317 | COMPLETE RX<br>245 E LAKE DR SE<br>ATLANTA, GA 30317 | | | 2,512,465.72 |
| MORRISON MANAGEMENT SPEC.<br>7865 NORTH 86TH STREET<br>MILWAUKEE, WI 53224 | MORRISON MANAGEMENT SPEC.<br>7865 NORTH 86TH STREET<br>MILWAUKEE, WI 53224 | | | 2,004,389.61 |
| MEDICAL INFORMATION TECHNOLOGY<br>PO BOX 952407<br>LAKE MARY, FL 32795 | MEDICAL INFORMATION TECHNOLOGY<br>PO BOX 952407<br>LAKE MARY, FL 32795 | | | 1,017,213.00 |
| XANITOS<br>7823 SPIVEY STATION<br>BLDG A SUITE 230<br>JONESBORO, GA 30236 | XANITOS<br>7823 SPIVEY STATION<br>BLDG A SUITE 230<br>JONESBORO, GA 30236 | | | 955,802.64 |
| AGFA FINANCE CORPORATION<br>380 INTERSTATE N. PKWY<br>SUITE 200<br>ATLANTA, GA 30339-2267 | AGFA FINANCE CORPORATION<br>380 INTERSTATE N. PKWY<br>SUITE 200<br>ATLANTA, GA 30339-2267 | | | 818,711.60 |
| MACQUARIE EQUIPMENT FINANCE<br>PO BOX 670865<br>48267-0865 | MACQUARIE EQUIPMENT FINANCE<br>PO BOX 670865<br>48267-0865 | | | 579,314.70 |
| DIVERSIFIED CLINICAL SERVICES<br>2985 SCOTT STREET<br>VISTA, CA 92083 | DIVERSIFIED CLINICAL SERVICES<br>2985 SCOTT STREET<br>VISTA, CA 92083 | | | 422,148.92 |
| DELL FINANCIAL SERVICES<br>ONE DELL WAY<br>Round Rock, TX 78682 | DELL FINANCIAL SERVICES<br>ONE DELL WAY<br>Round Rock, TX 78682 | | | 369,237.30 |

B4 (Official Form 4) (12/07) - Cont.

In re   Southlake Ambulatory Surgery Center, LLLP          Case No. _____
                          Debtor(s)

# CONSOLIDATED LIST OF CREDITORS HOLDING 30 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| | | | | |
|---|---|---|---|---|
| COVENTRY<br>1100 CIRCLE 75 PKWY.<br>SUITE 1400<br>Atlanta, GA 30339 | COVENTRY<br>1100 CIRCLE 75 PKWY.<br>SUITE 1400<br>Atlanta, GA 30339 | | | 302,450.69 |
| STRYKER ORTHOPAEDICS<br>P O BOX 3141<br>TEMPE, AZ 85280 | STRYKER ORTHOPAEDICS<br>P O BOX 3141<br>TEMPE, AZ 85280 | | | 272,937.11 |
| HSI FINANCIAL SERVICE INC<br>P O BOX 128<br>ST MEINRAD, IN 47577 | HSI FINANCIAL SERVICE INC<br>P O BOX 128<br>ST MEINRAD, IN 47577 | | | 272,660.59 |
| LDR SPINE USA, INC<br>810 OVERHILL CT<br>ATLANTA, GA 30328 | LDR SPINE USA, INC<br>810 OVERHILL CT<br>ATLANTA, GA 30328 | | | 262,885.00 |
| CHP SPIVEY II JONESBORO GA<br>PO BOX 1036<br>CHARLOTTE, NC 28201 | CHP SPIVEY II JONESBORO GA<br>PO BOX 1036<br>CHARLOTTE, NC 28201 | | | 239,568.32 |
| NURSEFINDERS<br>360 MERRIMACK ST, BLDG 9<br>LAWRENCE, MA 01843 | NURSEFINDERS<br>360 MERRIMACK ST, BLDG 9<br>LAWRENCE, MA 01843 | | | 230,648.99 |
| PHILIPS HEALTHCARE<br>10266 ROCKINGHAM DRIVE<br>SACRAMENTO, CA 95827 | PHILIPS HEALTHCARE<br>10266 ROCKINGHAM DRIVE<br>SACRAMENTO, CA 95827 | | | 227,711.23 |
| CHP SPIVEY I JONESBORO GA<br>CORPORATE TRUST DEPARTMENT<br>P.O. BOX 392013<br>PITTSBURGH, PA 15251-9013 | CHP SPIVEY I JONESBORO GA<br>CORPORATE TRUST DEPARTMENT<br>P.O. BOX 392013<br>PITTSBURGH, PA 15251-9013 | | | 225,501.80 |
| MEDTRONIC<br>3850 VICTORIA STREET NORTH<br>SHOREVIEW, MN 55126-2978 | MEDTRONIC<br>3850 VICTORIA STREET NORTH<br>SHOREVIEW, MN 55126-2978 | | | 224,246.75 |
| BOSTON SCIENTIFIC<br>42301 VEBO DRIVE<br>TEMECULA, CA 92591 | BOSTON SCIENTIFIC<br>42301 VEBO DRIVE<br>TEMECULA, CA 92591 | | | 220,242.57 |
| MED ASSETS<br>3101 GAYLORD PKWY<br>FRISCO, TX 75034 | MED ASSETS<br>3101 GAYLORD PKWY<br>FRISCO, TX 75034 | | | 200,498.73 |
| AMERICAN RED CROSS<br>PO Box 905890<br>Charlotte, NC 28290-5890 | AMERICAN RED CROSS<br>PO Box 905890<br>Charlotte, NC 28290-5890 | | | 200,423.10 |
| NAVIN, HAFFTY & ASSOCIATES LL<br>75 ALLIE DR<br>MCDONOUGH, GA 30252 | NAVIN, HAFFTY & ASSOCIATES LL<br>75 ALLIE DR<br>MCDONOUGH, GA 30252 | | | 199,000.48 |
| GEORGIA PUBLIC HEALTH LAB<br>1930 BRANNAN ROAD<br>ATLANTA, GA 30328 | GEORGIA PUBLIC HEALTH LAB<br>1930 BRANNAN ROAD<br>ATLANTA, GA 30328 | | | 197,556.54 |

B4 (Official Form 4) (12/07) - Cont.

In re   Southlake Ambulatory Surgery Center, LLLP   Case No.
Debtor(s)

## CONSOLIDATED LIST OF CREDITORS HOLDING 30 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| | | | | |
|---|---|---|---|---|
| GREENBERG TRAURIG LLP<br>4350 LOCKHILL SELMA<br>SUITE 150<br>SHAVANO PARK, TX 78249 | GREENBERG TRAURIG LLP<br>4350 LOCKHILL SELMA<br>SUITE 150<br>SHAVANO PARK, TX 78249 | | | 193,211.06 |
| FINANCIAL HEALTHCARE RESOURCES<br>PO BOX 503430<br>SAN DIEGO, CA 92150-3430 | FINANCIAL HEALTHCARE RESOURCES<br>PO BOX 503430<br>SAN DIEGO, CA 92150-3430 | | | 191,572.56 |
| SIZEMORE INC<br>890 AIRPORT PARK RD<br>GLEN BURNIE, MD 21061 | SIZEMORE INC<br>890 AIRPORT PARK RD<br>GLEN BURNIE, MD 21061 | | | 190,071.29 |
| 3M HEALTH INFORMATION SYSTEMS<br>3M CENTER BLDG 275-5E-02<br>SAINT PAUL, MN 55144-1000 | 3M HEALTH INFORMATION SYSTEMS<br>3M CENTER BLDG 275-5E-02<br>SAINT PAUL, MN 55144-1000 | | | 180,631.57 |
| QUEST DIAGNOSTICS<br>6331 W BEVERLY RD<br>LAVEEN, AZ 85339 | QUEST DIAGNOSTICS<br>6331 W BEVERLY RD<br>LAVEEN, AZ 85339 | | | 175,095.70 |
| BATCHELOR AND KIMBALL<br>51 COBB PARKWAY SOUTH<br>MARIETTA, GA 30060 | BATCHELOR AND KIMBALL<br>51 COBB PARKWAY SOUTH<br>MARIETTA, GA 30060 | | | 163,257.51 |
| FIRST FINANCIAL INVESTMENT FUND V, LLC<br>230 PEACHTREE STREET<br>15TH FLOOR<br>ATLANTA, GA 30303 | FIRST FINANCIAL INVESTMENT FUND V, LLC<br>230 PEACHTREE STREET<br>15TH FLOOR<br>ATLANTA, GA 30303 | | Disputed | 2,000,000.00 |

B4 (Official Form 4) (12/07) - Cont.

In re   Southlake Ambulatory Surgery Center, LLLP          Case No.
　　　　　　　　　　　　　　Debtor(s)

# CONSOLIDATED LIST OF CREDITORS HOLDING 30 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the CEO of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date    7/30/2015                    Signature    /s/ Kimberly J. Ryan
　　　　　　　　　　　　　　　　　　　　　　　　　　Kimberly J. Ryan
　　　　　　　　　　　　　　　　　　　　　　　　　　CEO

*Penalty for making a false statement or concealing property*: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

# United States Bankruptcy Court
## Northern District of Georgia

In re    **Southlake Ambulatory Surgery Center, LLLP**    Case No.
Debtor(s)    Chapter    **11**

## VERIFICATION OF CREDITOR MATRIX

I, the CEO of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:    **July 30, 2015**      /s/ Kimberly J. Ryan
     **Kimberly J. Ryan**/**CEO**
     Signer/Title

```
Airgas
3648 OAKCLIFF RD
Atlanta, GA 30340


Arthrex
P.O. BOX 403511
Atlanta, GA 30384


Aspen
3998 RELIABLE PKWY
Chicago, IL 60686


Biotissue
8305 NW 27 STREET
SUITE 101
Doral, FL 33122


Boston Scientific
P.O. BOX 8500-6205
Philadelphia, PA 19178


Buffalo Filter
5900 GENESSE ST
Lancaster, NY 14086


Cayenne Medical
16597 N. 92ND ST
Scotsdale, AZ 85252


Clarus Linen Systems
East Point Plant
1631 Willingham Drive
East Point, GA 30344


Clint Pharmaceuticals
629 SHUTE LANE
Old Hickory, TN 37138
```

```
Comcast
2400 MEADOWBROOK PKWY
DULUTH, GA 30096



Community Tissue Services
349  S. MAIN STREET
Dayton, OH 45402



CourierNet
P.O. BOX 409236
Atlanta, GA 30384



ENDO CHOICE
11810 WILLIS RD
SUITE 100
Alpharetta, GA 30009



G&K SERVICES
6030 Lagrange Boulevard
Atlanta, GA 30336



Georgia Department of Labor
148 Andrew Young Int'l Blvd.
Suite 826
Atlanta, GA 30303



Georgia Department of Revenue
1800 Century Boulevard, NE
Suite 9100
Atlanta, GA 30345



ImageFirst
4411 Bankers Cir
Doraville, GA 30360



Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346
```

```
Meadows & Ohly, LLC
275 Scientific Drive
Suite 1000
Peachtree Corners, GA 30092



Medline Industries, Inc.
DEPT. CH 14400
Palatine, IL 60055



Sightpath Medical LLC
PO BOX 102586
ATLANTA, GA 30368



Smith & Nephew Endoscopy
150 MINUTEMAN ROAD
Andover, MA 01810



Southern Regional Health Syst.
11 Upper Riverdale Road, SW
Riverdale, GA 30274



Stryker Endoscopy
5900 OPTICAL COURT
San Jose, CA 95138



Stryker Finance
10232 SOUTH 51 ST STREET
Phoenix, AZ 85078



Stryker Orthopaedics
3300 N.E. EXPRESWAY
BLDG 7
Atlanta, GA 30341



Wacon
P.O. BOX 116406
ATLANTA, GA 30368
```

```
West Coast Medical Resources, Inc
P.O. BOX 839
Clearwater, FL 33757
```